UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES TRICKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09CV26 SNLJ |
| | ) | |
| KAMAN INDUSTRIAL TECHNOLOGIES CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to extend discovery deadline and continuance of trial date, #30, filed June 22, 2010. Plaintiff requests that this Court extend the discovery deadline by 60 to 90 days and for a continuance of the trial date, and defendants object to an extension of more than 45 days. Although defendants assert that any extension greater than 45 days would be unnecessary and potentially prejudicial, this Court sees no reason why a 60 day extension would be any more prejudicial than a 45 day extension. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extend discovery deadline, #30, filed June 22, 2010 is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to Monday, October 4, 2010.

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is extended to Monday, October 25, 2010.

**IT IS FURTHER ORDERED** that the jury trial is rescheduled for **Monday, March 7, 2011 at 9:30 a.m.**

Dated this   3rd   day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE