UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES TRICKEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.:   1:09CV00026SNLJ |
| KAMAN INDUSTRIAL TECHNOLOGIES CORP., et al. | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Comes now plaintiff James Trickey, by and through counsel and hereby submits the following proposed Judgment:

This matter was tried before a jury from August 22 through August 26, 2011. On August 26, 2011, the jury returned a verdict in favor of Plaintiff James Trickey and against Defendant Kaman Industrial Technologies Corp. as follows:

On Plaintiff James Trickey's claim of age discrimination arising under the Missouri Human Right Act,§ 213.010 *et seq.* R.S.Mo. the jury returned a verdict in favor of Plaintiff James Trickey and against Defendant Kaman Industrial Technologies Corp. in the sum of $160,000.00 for actual damages.

On Plaintiff James Trickey's claim for retaliation arising under the Missouri Human Rights Act, § 213.010 *et seq.* R.S.Mo. the jury returned a verdict in favor of Plaintiff James Trickey and against Defendant Kaman Industrial Technologies Corp. in the sum of $100,000.00 for actual damages and $500,000.00 in punitive damages.

Accordingly, this Court enters Judgment consistent with the jury's verdict as set forth

above. Court costs to be assessed against Defendant Kaman Industrial Technologies, Corp.

SO ORDERED: _____
Honorable Stephen N. Limbaugh, Jr.

DATE: 9-1-11